UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 19, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:20-MJ-00061-DB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JAHMAL THEODIS WINSTON, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JAHMAL THEODIS WINSTON, Case No. 2:20-MJ-00061-DB, Charge 18 USC §§ 1028A(a)(1), 1344(2), 2(a), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

 __ Unsecured Appearance Bond

 __ Appearance Bond with 10% Deposit

 __ Appearance Bond with Surety

 __ (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 19, 2020  at  2:20  pm..

By  /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge